UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA

| In re: | Bankruptcy No: 25-14317 |
|---|---|
| JESSICA LYNN BECK | Chapter: 13 |
| Debtor(s), | Judge: Honorable Patricia M. Mayer |

ORDER GRANTING MOTION TO EXTEND TIME
TO FILE SCHEDULES, STATEMENTS, AND OTHER DOCUMENTS

**AND NOW**, upon consideration of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents, with proper notice and good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Debtor must file all documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 ("the Schedules") on or before December 05, 2025.

3. This case may be dismissed without further notice if the Schedules are not filed by December 05, 2025.

4. Any request for an extension of time must be filed on or before December 05, 2025.

DATE:

Honorable Patricia M. Mayer
U. S. Bankruptcy Judge