UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Jessica Lynn Beck<br><br><br><br>              Debtor | Chapter 13<br><br>Bankruptcy No. 25-14317-PMM |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 12th day of January, 2026 by first class mail upon those listed below:

Jessica Lynn Beck
4005 Saint Lawrence Ave
Reading, PA  19606-2814

**Electronically via ECF/System ONLY:**

CIBIK LAW, PC


Office of the United States Trustee


                                                  */s/ Kristen Gliem*
                                                  Kristen Gliem
                                                  for
                                                  Scott F. Waterman, Esq.
                                                  Standing Chapter 13 Trustee