UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Jessica Lynn Beck<br><br><br><br>    Debtor | Chapter 13<br>Bankruptcy No.25-14317-PMM |

CERTIFICATE OF SERVICE

    I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 28th day of January, 2026, by first class mail upon those listed below:

Jessica Lynn Beck
4005 Saint Lawrence Ave
Reading, PA  19606-2814

**Electronically via CM/ECF System Only:**

CIBIK LAW, PC
% MICHAEL A CIBIK ESQ
1500 WALNUT STREET STE 900
PHILADELPHIA, PA  19102

 

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee