United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                      Case No. 25-14317-pmm

Jessica Lynn Beck                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                        User: admin                                      Page 1 of 3
Date Rcvd: Feb 26, 2026                     Form ID: pdf900                                   Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jessica Lynn Beck, 4005 Saint Lawrence Avenue, Reading, PA 19606-2814 |
| 15064709 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15064714 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15064717 | + | Santander Bank, PO Box 847050, Boston, MA 02284-7050 |
| 15064720 | + | Tilt/Empower Cash Advance, Tilt, Attn: Bankruptcy 660 York St, San Francisco, CA 94110-2101 |
| 15064722 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 27 2026 00:34:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 27 2026 00:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 15064687 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 27 2026 00:42:39 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 15064688 | ^ | MEBN | Feb 27 2026 00:32:04 | Atlas Credit Card, Attn: Bankruptcy Department, 300 Coventry Road, Kensington, CA 94707-1214 |
| 15064693 | | Email/Text: megan.harper@phila.gov | Feb 27 2026 00:35:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15064689 | + | Email/Text: bnc-capio@quantum3group.com | Feb 27 2026 00:35:00 | Capio Partners, LLC, Attn: Bankruptcy, 1745 N. Brown Road, Ste 450, Lawrenceville, GA 30043-8157 |
| 15064690 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2026 00:42:51 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15064691 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 27 2026 00:42:34 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15064692 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2026 00:42:40 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, St Louis, MO 63179-0040 |
| 15064694 | | Email/Text: bankruptcy@philapark.org | Feb 27 2026 00:35:00 | City of Philadelphia, Attn: Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15064695 | + | Email/Text: ccbxcredit_bkprocessing@coastalbank.com | Feb 27 2026 00:35:00 | Coastalcom, 5415 Evergreen Way, Everett, WA 98203-3646 |
| 15064696 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 27 2026 00:34:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |

| 15064697 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 27 2026 00:34:00 | Comenity Bank/Buckle, Attn: Bankruptcy, P.O.Box 182273, Columbus, OH 43218-2273 |
|---|---|---|---|---|
| 15064698 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 27 2026 00:34:00 | Comenity/MPRC, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15064699 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 27 2026 00:34:00 | Comenity/Sephora, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15064700 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 27 2026 00:34:00 | Comenity/Ulta, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15064701 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 27 2026 00:35:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15064702 | + | Email/Text: bk@freedomfinancialnetwork.com | Feb 27 2026 00:34:00 | Freedom Financial Network/FFAM, 1875 South Grant Street, Suite 400, Attn, San Mateo, CA 94402-2676 |
| 15064703 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 27 2026 00:34:00 | GM Financial, P O Box 183853, Arlington, TX 76096-3853 |
| 15064704 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 27 2026 00:34:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15080097 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 27 2026 00:35:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15064705 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 27 2026 00:35:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 15064706 | + | Email/Text: bankruptcy@kikoff.com | Feb 27 2026 00:34:00 | Kikoff, Attn: Bankruptcy, 75 Broadway, San Francisco, CA 94111-1423 |
| 15066197 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2026 00:42:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15064707 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 27 2026 00:35:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 15064708 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 27 2026 00:34:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15064713 | ^ | MEBN | Feb 27 2026 00:31:28 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15064710 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 27 2026 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15064711 | | Email/Text: blegal@phfa.org | Feb 27 2026 00:35:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, 211 N Front St, Harrisburg, PA 17101-1406 |
| 15064712 | ^ | MEBN | Feb 27 2026 00:31:19 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15064715 | | Email/Text: bankruptcy@philapark.org | Feb 27 2026 00:35:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15088908 | | Email/Text: bnc-quantum@quantum3group.com | Feb 27 2026 00:34:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15077791 | | Email/Text: bnc-quantum@quantum3group.com | Feb 27 2026 00:34:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15069213 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 27 2026 00:35:00 | SANTANDER CONSUMER USA Inc., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 15064716 | | Email/Text: bankruptcy@self.inc | Feb 27 2026 00:34:00 | Rent Track, Attn: Bankruptcy, 4601 Excelsior Blvd Ste 503, Saint Louis Park, MN 55416-4677 |

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Feb 26, 2026 | Form ID: pdf900 | Total Noticed: 44

| | | | |
|---|---|---|---|
| 15064718 | + Email/PDF: cbp@omf.com | Feb 27 2026 00:42:34 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 15064719 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 27 2026 00:42:51 | Synchrony Bank/New Egg, Synchrony Bank, Attn: Bankruptcy Dept P., Orlando, FL 32896-5065 |
| 15064721 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 27 2026 00:35:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2026 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Jessica Lynn Beck help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              Chapter 13

    Jessica Lynn Beck                               Bankruptcy No. 25-14317-PMM

                    Debtor

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby
TERMINATED and the employer shall cease wage withholding immediately.

**Date: February 26, 2026**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE